DocuSign Envelope ID: D55DB183-030D-4285-A646-A7A869842D55

Leonard D. DuBoff (Pro Hac Vice)
The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
lduboff@dubofflaw.com
Fax: (503) 868-7228

Matthew Swanlund (SBN 204542)
Aesthetic Legal, APLC
8055 W Manchester Ave., Ste. 310
Playa del Rey, CA 90293
Telephone: (310) 301-4545
matthew@aestheticlegal.com
Attorney for Plaintiff

Attorneys for Plaintiff Trendtex Fabrics, Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDTEX FABRICS, LTD., | **Case No. 2:22-cv-00945-PA-RAO** |
| Plaintiff, | |
| v. | STIPULATED CONSENT JUDGMENT |
| CRAFT CLOTHING, LLC, a California limited liability company; ELI MYERS, an individual; | |
| Defendants. | |

### STIPULATED CONSENT JUDGMENT

As attested to by the signatures of the parties below, this matter comes before the Court on the parties' joint stipulation.

STIPULATED CONSENT JUDGMENT                                    Page 1 of 4

DocuSign Envelope ID: D55DB183-93901-4237-8646-07A869942D55

Plaintiff Trendtex Fabrics, LTD. filed a Complaint in this matter against the Defendants in the Central District of California district court for copyright infringement, 17 U.S.C. §§101, et seq.

After the complaint was filed, it was amended.

Defendants agreed and acknowledged service for the purposes of consenting to jurisdiction and enforcement by this Court.

The case was settled on May 25, 2022.

Defendants have at all times in the past denied and continue to deny the allegations against them in the pleadings, but nevertheless wished to resolve this matter and by agreeing to the settlement and this Stipulation make no admission regarding any issue of law or fact alleged against them in the pleadings.

Pursuant to the terms of the confidential settlement, in the event of a breach, as therein defined, Plaintiff is authorized to file this stipulation and consent judgment.

Plaintiff by filing this stipulation represents to this Court that the settlement was breached and to fully and finally resolve all claims between the parties and the matters before the Court hereby move for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, AND ORDERED for all matters relevant to this case as follows:

1. This court has jurisdiction over the parties and venue is proper.

2. Plaintiff Trendtex Fabrics, LTD. claims to have valid and enforceable copyrights in the original copyrighted works as more fully described in the Second Amended Complaint which is attached hereto and made a part hereof.

3. Craft Clothing, LLC and Eli Myers ("Defendants") are the proper named defendants in

this case with respect to plaintiff's claims as more fully described in the Second Amended Complaint.

4. Defendants and their counsel have fully reviewed the Complaint, Amended Complaint and the Second Amended Complaint (see attached), and the allegations of the Complaint, Amended Complaint and the Second Amended Complaint and the Defendants consent to having a judgment of $800,000 entered against them for the claims set forth in the Second Amended Complaint.

5. The parties agree and request that the below Money Judgment be entered against the Defendants.

MONEY JUDGMENT

A Money Judgment in favor of plaintiff Trendtex Fabrics, LTD. and against defendants Craft Clothing, LLC and Eli Myers is awarded in the sum of $800,000. This figure includes costs and fees incurred by plaintiffs.

SO ORDERED, this day: January 18, 2024 .

_____

Percy Anderson
United States District Judge

**STIPULATION APPEARS ON FOLLOWING PAGE**

So Stipulated and Respectfully Submitted:

On Behalf of Plaintiff:

TRENDTEX FABRICS, LTD.

*Taylor Hamai* _____

Taylor Hamai
Its President


Reviewed by:

/s/ Leonard D. DuBoff
Leonard D DuBoff, OSB #774378
*Admitted pro hac vice*
Email: lduboff@dubofflaw.com
The DuBoff Law Group PC
6665 SW Hampton St Ste 200
Portland OR 97223
Phone: 503 968-8111 x112
Counsel for plaintiff

On Behalf of Defendants:

CRAFT CLOTHING, LLC

*Eli Myers* _____
By: Eli Myers
Its Founder


*Eli Myers* _____
Eli Myers, individually


Reviewed by:

/s/ *James D. Stroffe* _____
James D. Stroffe, CSB # 75100
email: jstroffe@fsglawyers.com
FSG Lawyers PC
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612-2425
Phone: 949-265-1100
Counsel for Defendants

STIPULATED CONSENT JUDGMENT